# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Regina D. Walker                CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 24-10617 PMM

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

       Kindly enter my appearance on behalf of loanDepot.com, LLC and index same on the master mailing list.

                                            Respectfully submitted,

/s/ *Denise Carlon*
Denise Carlon
01 Mar 2024, 12:37:13, EST

                     KML Law Group, P.C.
                     701 Market Street, Suite 5000
                     Philadelphia, PA 19106-1532
                     (215) 627-1322