UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    REGINA D. WALKER<br><br>            Debtor | Chapter 13<br>Bankruptcy No.24-10617-PMM |

## CERTIFICATE OF SERVICE

I, Kenneth E. West, Esq., do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 24th day of June, 2024, by first class mail upon those listed below:

REGINA D. WALKER
419 E SLOCUM STREET
PHILADELPHIA, PA  19119

**Electronically via CM/ECF System Only:**

DAVID OFFEN ESQUIRE

Office of the United States Trustee
Robert N.C. Nix Federal Courthouse
900 Market Street, Suite 320
Philadelphia, PA  19107

                                                    */s/ Kenneth E. West, Esq.*
                                                    Kenneth E. West, Esq.
                                                    Standing Chapter 13 Trustee