Certificate Number: 12433-PAE-DE-038664914

Bankruptcy Case Number: 24-10617



12433-PAE-DE-038664914

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 13, 2024, at 12:29 o'clock AM EDT, Regina D. Walker completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  July 15, 2024               By:   /s/Lisa Susoev

                                   Name: Lisa Susoev

                                   Title: Teacher