United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-10617-pmm |
| Regina D. Walker | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 1 |
| Date Rcvd: Oct 30, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Regina D. Walker, 419 E Slocum Street, Philadelphia, PA 19119-1946 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2024    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 30, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANNE M. AARONSON | on behalf of Creditor POLICE AND FIRE FEDERAL CREDIT UNION aaaronson@dilworthlaw.com mdolan@dilworthlaw.com;ctomlin@dilworthlaw.com |
| DAVID M. OFFEN | on behalf of Debtor Regina D. Walker dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor LOANDEPOT.COM LLC bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| In re: | : | Chapter 13 |
|  | : |  |
| Regina D. Walker, | : | Case No. 24-10617 (PMM) |
|  | : |  |
|  | : |  |
| Debtor. | : |  |
|  | : |  |

## STIPULATED ORDER RESOLVING REQUEST OF POLICE AND FIRE FEDERAL CREDIT UNION FOR ADEQUATE PROTECTION

WHEREAS, on February 26, 2024 (the "Petition Date"), Regina D. Walker (the "Debtor") filed an individual voluntary petition under Chapter 13 of the Bankruptcy Code, 11 U.S.C. § 101 *et seq.* (the "Bankruptcy Code").

WHEREAS, prior to the Petition Date, the Debtor was an owner of a 2020 Acura RDX, VIN# 5J8TC2H51LL000108 (the "Vehicle"), with respect to which the Debtor is indebted to PFFCU pursuant to a loan agreement dated May 2, 2020 (the "Loan Agreement");

WHEREAS, the last payment received by PFFCU pursuant to the Loan Agreement was made by the Debtor February 5, 2024 and the Debtor proposes to pay the balance owed under the Loan Agreement to PFFCU through her amended Chapter 13 plan;

WHEREAS, confirmation of the Debtor's proposed plan has been continued following objections filed by the Chapter 13 Trustee and is presently scheduled for November 5, 2024; however, confirmation is presently subject to an objection filed by the Chapter 13 Trustee;

WHEREAS, due to the length of time that PFFCU has not received payments under the Loan Agreement, PFFCU asserts that its interests in the Vehicle are not adequately protected and requested that the Debtor agree to allow preconfirmation disbursements from the monies paid to the Chapter 13 Trustee;

WHEREAS, to avoid the costs associated with PFFCU filing a motion for adequate protection and further litigation, the Parties have agreed to stipulate to preconfirmation adequate protection payments being made to PFFCU on the terms set forth herein.

NOW THEREFORE, each in consideration of the promises of the other and intending to be legally bound, subject to the approval of the Bankruptcy Court, it is hereby agreed as follows:

1.  The Debtor and PFFCU agree that PFFCU shall receive a pre-confirmation distribution in the amount of $215.50 per month, representing 1% of the balance owed under the Loan Agreement, retroactive to the Petition Date, and continuing until the Debtor's Chapter 13 Plan, as amended, is confirmed.

2.  Following confirmation of the Plan, distributions shall be made to PFFCU as provided in the confirmed Plan.

3.  Each of the signatories to this Stipulation acknowledges and represents that his or her respective client has reviewed this Stipulation and has authorized the execution of same by undersigned counsel.

4.  If the instant bankruptcy case is terminated by either dismissal, conversion or discharge other than pursuant to 11 U.S.C. § 1328(a), this Stipulation shall be null and void and not binding upon the Parties and the Parties shall be returned to their respective positions prior to the execution of this Stipulation.

5.  This Stipulation may be executed by facsimile and/or e-mail and such facsimile and/or e-mail signatures shall be deemed originals.

2

#124655398v1

|  |  |
|---|---|
| CONSENTED TO BY: | DILWORTH PAXSON LLP |
| DATED: October 16, 2024 | /s/ *Anne M. Aaronson*<br>Anne M. Aaronson, Esquire<br>*Attorney for PFFCU* |
| CONSENTED TO BY: | David M. Offen, Esquire |
| DATED: October 16, 2024 | /s/ *David M. Offen*<br>David M. Offen, Esquire<br>*Attorney for Debtor* |
| WITHOUT OBJECTION TO TERMS, WITHOUT PREJUDICE TO CHAPTER 13 TRUSTEE'S RIGHTS AND REMEDIES: | KENNETH E. WEST, Chapter 13 Trustee |
| DATED: October 16, 2024 | /s/ Jack Miller<br>Jack Miller for<br>Kenneth E. West, Trustee |

SO ORDERED

ENTERED ON October 30th, 2024

_____
Hon. Patricia M. Mayer
United States Bankruptcy Judge

3

#124655398v1