**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| **REGINA D. WALKER** | : | Case No. 24-10617 (PMM) |
| Debtor(s) | : | |

# O R D E R

**AND NOW,** after notice and hearing, and, as discussed in open court at the hearing held in this matter on January 7, 2025,

It is hereby **ORDERED** that confirmation of Debtor's Chapter 13 Plan is **DENIED**.

*/s/ Patricia M. Mayer*

Date: 1/7/2025

**HON. PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**