## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                  : CHAPTER 13
Regina D. Walker

                      PMM Debtor (s).
                                  : BANKRUPTCY NO. 24-10617 PMM

### P R A E C I P E

Kindly relist the above captioned Chapter 13 Bankruptcy case for a hearing on confirmation of the debtor(s) chapter 13 plan on 5/20/2025 at 1:00 PM before the Hon. Patricia M. Mayer

                                                                                               Respectfully submitted,

Date: March 25, 2025                                      /s/Jack K. Miller, Esquire for
                                                                               Kenneth E. West
                                                                               Chapter 13 Standing Trustee
                                                                               190 N. Independence Mall West
                                                                               Philadelphia, PA  19106