*Form 152* (1/25)–doc 38 – 35

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                      )
    Regina D. Walker              )                Case No. 24–10617–pmm
                                  )
                                  )
    Debtor(s).                    )                Chapter: 13
                                  )
                                  )

## NOTICE OF RESCHEDULED HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Patricia M. Mayer

on 5/20/25 at 01:00 PM , in Zoom. For Zoom link, see the current, Hearing Calendar for the Judge on the, Court website

Date: March 26, 2025                                      For The Court

                                                         Timothy B. McGrath
                                                         Clerk of Court