United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-10617-pmm |
| Regina D. Walker | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Mar 26, 2025 | Form ID: 152 | Total Noticed: 48 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 28, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Regina D. Walker, 419 E Slocum Street, Philadelphia, PA 19119-1946 |
| 14858437 | + | American Heritage Federal Credit Union, P.O Box 52458, Philadelphia, PA 19115-7458 |
| 14858451 | + | CRATEBARR/SYNCB, PO Box 669805, Dallas, TX 75266-0757 |
| 14858448 | | Citizens Pay, P.O. Box, Carol Stream, IL 60197-4670 |
| 14858452 | + | Doyle & Hoefs, LLC, 2043 Springwood Road, York, PA 17403-4836 |
| 14858460 | | Perigold Mastercard, PO Box 70267, Philadelphia, PA 19176-0267 |
| 14858457 | + | loanDepot.com, LLC, PO Box 251027, Plano, TX 75025-1027 |
| 14861219 | + | loanDepot.com, LLC, c/o Denise Carlon, KML Law Group. P.C., 701 Market Street,Suite 5000, Philadelphia PA 19106-1541 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Mar 27 2025 00:38:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 27 2025 00:38:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14977728 | + | Email/Text: BKRMailOps@weltman.com | Mar 27 2025 00:38:00 | AMERICAN HERITAGE CREDIT UNION, c/o Weltman, Weinberg & Reis Co LPA, 5990 West Creek Rd. Ste 200, Independence, OH 44131-2191 |
| 14880641 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 27 2025 00:49:10 | Ally Lending, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14858435 | | Email/PDF: bncnotices@becket-lee.com | Mar 27 2025 00:50:07 | American Express, P.O. Box 6031, Carol Stream, IL 60197-6031 |
| 14872387 | | Email/PDF: bncnotices@becket-lee.com | Mar 27 2025 00:48:37 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14876465 | + | Email/Text: BKRMailOps@weltman.com | Mar 27 2025 00:38:00 | American Heritage Credit Union, c/o Weltman, Weinberg & Reis Co LPA, 965 Keynote Circle, Cleveland, OH 44131-1829 |
| 14858436 | + | Email/Text: jvalencia@amhfcu.org | Mar 27 2025 00:38:00 | American Heritage Federal Credit Union, Attn: Bankruptcy, 2060 Red Lion Road, Philadelphia, PA 19115-1699 |
| 14858438 | + | Email/PDF: bncnotices@becket-lee.com | Mar 27 2025 01:02:54 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14858439 | | Email/Text: BarclaysBankDelaware@tsico.com | Mar 27 2025 00:38:00 | Barclays, PO Box 13337, Philadelphia, PA 19101-3337 |
| 14858440 | + | Email/Text: BarclaysBankDelaware@tsico.com | Mar 27 2025 00:38:00 | Barclays Bank, Attn: Bankruptcy, P.O. Box 8801, |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14858441 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 27 2025 00:49:19 | Best Buy Credit Services, P.O. Box 70601, Philadelphia, PA 19176-0601 |
| 14872137 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Mar 27 2025 00:38:00 | Citizens Bank N.A., One Citizens Bank Way, Johnston, RI 02919, Mailstop JCA 115 |
| 14858445 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Mar 27 2025 00:38:00 | Citizens One, Attn: Bankruptcy, One Citizens Plaza, Providence, RI 02903 |
| 14889202 | | Email/Text: megan.harper@phila.gov | Mar 27 2025 00:38:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14858442 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 27 2025 00:49:29 | Cbna, Attn: Centralized BankruptcyDept, Po Box 790034, St Louis, MO 63179-0034 |
| 14858443 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 27 2025 01:02:55 | Citi Card/Best Buy, Attn: Citicorp Cr Srvs Centralized Bankr, Po Box 790040, St Louis, MO 63179-0040 |
| 14880811 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 27 2025 00:48:35 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14858444 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 27 2025 00:48:48 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 14858447 | ^ | MEBN | Mar 27 2025 00:35:00 | Citizens Pay, PO Box 4670, Carol Stream, IL 60197-4670 |
| 14858449 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 27 2025 00:38:00 | Comenity - Ann Taylor / Loft, PO Box 650018, Dallas, TX 75265-0018 |
| 14858450 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 27 2025 00:38:00 | Comenity Bank/Ann Taylor, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14858459 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 27 2025 00:48:35 | Macys/fdsb, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 14858454 | | Email/Text: collecadminbankruptcy@fnni.com | Mar 27 2025 00:38:00 | FNBO, PO Box 2557, Omaha, NE 68103-2557 |
| 14860828 | | Email/Text: collecadminbankruptcy@fnni.com | Mar 27 2025 00:38:00 | First National Bank of Omaha, 1620 Dodge St Stop Code 3113, Omaha, Ne 68197 |
| 14858453 | | Email/Text: collecadminbankruptcy@fnni.com | Mar 27 2025 00:38:00 | Fnb Omaha, Attn: Bankruptcy, P.O. Box 3128, Omaha, NE 68103 |
| 14858455 | | Email/Text: administrative@foundationfinance.com | Mar 27 2025 00:38:00 | Foundation Finance Company, Attn: Bankruptcy, Po Box 437, Schofield, WI 54476 |
| 14873305 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 27 2025 00:38:00 | Foundation Finance Company, LLC, Jefferson Capital Systems, LLC Assignee, PO Box 7999, St Cloud, MN 56302-7999 |
| 14876632 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 27 2025 00:48:26 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14858456 | + | Email/Text: bknotification@loandepot.com | Mar 27 2025 00:38:00 | LoanDepot, Attn: Bankruptcy, 26642 Towne Center, Foothill Ranch, CA 92610-2808 |
| 14858458 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 27 2025 01:02:16 | Macy's, PO Box 71359, Philadelphia, PA 19176-1359 |
| 14879786 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 27 2025 00:48:28 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 14858462 | + | Email/Text: bankruptcy1@pffcu.org | Mar 27 2025 00:38:00 | Police & Fire FCU, 901 Arch Street, Philadelphia, PA 19107-2495 |
| 14858463 | + | Email/Text: bankruptcy1@pffcu.org | Mar 27 2025 00:38:00 | Police & Fire FCU, Attn: Bankruptcy, 901 Arch Street, Philadelphia,, PA 19107-2495 |
| 14862662 | + | Email/Text: bankruptcy1@pffcu.org | | |

Wilmington, DE 19899-8801

|  |  |  |  |
|---|---|---|---|
|  |  | Mar 27 2025 00:38:00 | Police & Fire Federal Credit Union, One Greenwood Square, 3333 Street Road, Bensalem, PA 19020-2022 |
| 14878703 | Email/Text: bnc-quantum@quantum3group.com | Mar 27 2025 00:38:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14858465 | + Email/PDF: ais.sync.ebn@aisinfo.com | Mar 27 2025 00:50:01 | Syncb/c&b, Po Box 71746, Philadelphia, PA 19176-1746 |
| 14858466 | + Email/PDF: ais.sync.ebn@aisinfo.com | Mar 27 2025 00:49:59 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14858467 | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 27 2025 00:48:32 | The Home Depot, PO Box 70600, Philadelphia, PA 19176-0600 |
| 14876476 | + Email/Text: bknotification@loandepot.com | Mar 27 2025 00:38:00 | loanDepot.com, LLC, 5465 Legacy Drive, Suite 400, Plano, TX 75024-3192 |

TOTAL: 40

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14858446 | *P++ | CITIZENS BANK N A, ATTN BANKRUPTCY TEAM, ONE CITIZENS BANK WAY, JCA115, JOHNSTON RI 02919-1922, address filed with court:, Citizens One, Attn: Bankruptcy, One Citizens Plaza, Providence, RI 02903 |
| 14858461 | * | Perigold Mastercard, PO Box 70267, Philadelphia, PA 19176-0267 |
| 14858464 | *+ | Police & Fire FCU, 901 Arch Street, Philadelphia, PA 19107-2495 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2025          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 26, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANNE M. AARONSON | on behalf of Creditor POLICE AND FIRE FEDERAL CREDIT UNION aaaronson@dilworthlaw.com mdolan@dilworthlaw.com;ctomlin@dilworthlaw.com |
| DAVID M. OFFEN | on behalf of Debtor Regina D. Walker dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor LOANDEPOT.COM LLC bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |

District/off: 0313-2 | User: admin | Page 4 of 4
Date Rcvd: Mar 26, 2025 | Form ID: 152 | Total Noticed: 48

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

*Form 152* (1/25)–doc 38 – 35

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>    Regina D. Walker<br><br>    Debtor(s). | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 24−10617−pmm<br><br><br>Chapter: 13 |

## NOTICE OF RESCHEDULED HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Patricia M. Mayer

on 5/20/25 at 01:00 PM , in Zoom. For Zoom link, see the current, Hearing Calendar for the Judge on the, Court website

Date: March 26, 2025

For The Court

Timothy B. McGrath
Clerk of Court