United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Regina D. Walker  
    Debtor

Case No. 24-10617-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: May 20, 2025      Form ID: 155      Total Noticed: 46

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 22, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Regina D. Walker, 419 E Slocum Street, Philadelphia, PA 19119-1946 |
| 14858437 | + | American Heritage Federal Credit Union, P.O Box 52458, Philadelphia, PA 19115-7458 |
| 14858451 | + | CRATEBARR/SYNCB, PO Box 669805, Dallas, TX 75266-0757 |
| 14858448 | | Citizens Pay, P.O. Box, Carol Stream, IL 60197-4670 |
| 14858452 | + | Doyle & Hoefs, LLC, 2043 Springwood Road, York, PA 17403-4836 |
| 14858460 | | Perigold Mastercard, PO Box 70267, Philadelphia, PA 19176-0267 |
| 14858457 | + | loanDepot.com, LLC, PO Box 251027, Plano, TX 75025-1027 |
| 14861219 | + | loanDepot.com, LLC, c/o Denise Carlon, KML Law Group. P.C., 701 Market Street,Suite 5000, Philadelphia PA 19106-1541 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14977728 | + | Email/Text: BKRMailOps@weltman.com | May 21 2025 00:15:00 | AMERICAN HERITAGE CREDIT UNION, c/o Weltman, Weinberg & Reis Co LPA, 5990 West Creek Rd. Ste 200, Independence, OH 44131-2191 |
| 14880641 | | Email/PDF: MerrickBKNotifications@Resurgent.com | May 21 2025 00:22:00 | Ally Lending, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14858435 | | Email/PDF: bncnotices@becket-lee.com | May 21 2025 00:33:37 | American Express, P.O. Box 6031, Carol Stream, IL 60197-6031 |
| 14872387 | | Email/PDF: bncnotices@becket-lee.com | May 21 2025 00:23:13 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14876465 | + | Email/Text: BKRMailOps@weltman.com | May 21 2025 00:15:00 | American Heritage Credit Union, c/o Weltman, Weinberg & Reis Co LPA, 965 Keynote Circle, Cleveland, OH 44131-1829 |
| 14858436 | + | Email/Text: jvalencia@amhfcu.org | May 21 2025 00:15:00 | American Heritage Federal Credit Union, Attn: Bankruptcy, 2060 Red Lion Road, Philadelphia, PA 19115-1699 |
| 14858438 | + | Email/PDF: bncnotices@becket-lee.com | May 21 2025 00:22:21 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14858439 | | Email/Text: BarclaysBankDelaware@tsico.com | May 21 2025 00:14:00 | Barclays, PO Box 13337, Philadelphia, PA 19101-3337 |
| 14858440 | + | Email/Text: BarclaysBankDelaware@tsico.com | May 21 2025 00:14:00 | Barclays Bank, Attn: Bankruptcy, P.O. Box 8801, Wilmington, DE 19899-8801 |
| 14858441 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 21 2025 00:22:03 | Best Buy Credit Services, P.O. Box 70601, Philadelphia, PA 19176-0601 |
| 14872137 | | Email/Text: Bankruptcy.RI@Citizensbank.com | May 21 2025 00:14:00 | Citizens Bank N.A., One Citizens Bank Way, Johnston, RI 02919, Mailstop JCA 115 |
| 14858445 | | Email/Text: Bankruptcy.RI@Citizensbank.com | | |

Case 24-10617-pmm   Doc 44   Filed 05/22/25   Entered 05/23/25 00:38:10   Desc Imaged
                          Certificate of Notice       Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 20, 2025 | Form ID: 155 | Total Noticed: 46 |

| Recip ID | | Notice Type | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| | | | May 21 2025 00:14:00 | Citizens One, Attn: Bankruptcy, One Citizens Plaza, Providence, RI 02903 |
| 14889202 | | Email/Text: megan.harper@phila.gov | May 21 2025 00:15:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14858442 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 21 2025 00:23:17 | Cbna, Attn: Centralized BankruptcyDept, Po Box 790034, St Louis, MO 63179-0034 |
| 14858443 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 21 2025 00:22:01 | Citi Card/Best Buy, Attn: Citicorp Cr Srvs Centralized Bankr, Po Box 790040, St Louis, MO 63179-0040 |
| 14880811 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 21 2025 00:23:15 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14858444 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 21 2025 00:22:05 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 14858447 | ^ | MEBN | May 21 2025 00:09:21 | Citizens Pay, PO Box 4670, Carol Stream, IL 60197-4670 |
| 14858449 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 21 2025 00:14:00 | Comenity - Ann Taylor / Loft, PO Box 650018, Dallas, TX 75265-0018 |
| 14858450 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 21 2025 00:14:00 | Comenity Bank/Ann Taylor, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14858459 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 21 2025 00:22:02 | Macys/fdsb, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 14858454 | | Email/Text: collecadminbankruptcy@fnni.com | May 21 2025 00:14:00 | FNBO, PO Box 2557, Omaha, NE 68103-2557 |
| 14860828 | | Email/Text: collecadminbankruptcy@fnni.com | May 21 2025 00:14:00 | First National Bank of Omaha, 1620 Dodge St Stop Code 3113, Omaha, Ne 68197 |
| 14858453 | | Email/Text: collecadminbankruptcy@fnni.com | May 21 2025 00:14:00 | Fnb Omaha, Attn: Bankruptcy, P.O. Box 3128, Omaha, NE 68103 |
| 14858455 | | Email/Text: administrative@foundationfinance.com | May 21 2025 00:15:00 | Foundation Finance Company, Attn: Bankruptcy, Po Box 437, Schofield, WI 54476 |
| 14873305 | + | Email/Text: JCAP_BNC_Notices@jcap.com | May 21 2025 00:15:00 | Foundation Finance Company, LLC, Jefferson Capital Systems, LLC Assignee, PO Box 7999, St Cloud, MN 56302-7999 |
| 14876632 | | Email/PDF: resurgentbknotifications@resurgent.com | May 21 2025 00:23:12 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14858456 | + | Email/Text: bknotification@loandepot.com | May 21 2025 00:15:00 | LoanDepot, Attn: Bankruptcy, 26642 Towne Center, Foothill Ranch, CA 92610-2808 |
| 14858458 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 21 2025 00:23:15 | Macy's, PO Box 71359, Philadelphia, PA 19176-1359 |
| 14879786 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 21 2025 00:22:18 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 14858462 | + | Email/Text: bankruptcy1@pffcu.org | May 21 2025 00:14:00 | Police & Fire FCU, 901 Arch Street, Philadelphia, PA 19107-2495 |
| 14858463 | + | Email/Text: bankruptcy1@pffcu.org | May 21 2025 00:14:00 | Police & Fire FCU, Attn: Bankruptcy, 901 Arch Street, Philadelphia,, PA 19107-2495 |
| 14862662 | + | Email/Text: bankruptcy1@pffcu.org | May 21 2025 00:14:00 | Police & Fire Federal Credit Union, One Greenwood Square, 3333 Street Road, Bensalem, PA 19020-2022 |
| 14878703 | | Email/Text: bnc-quantum@quantum3group.com | May 21 2025 00:14:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14858465 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 21 2025 00:22:17 | Syncb/c&b, Po Box 71746, Philadelphia, PA 19176-1746 |

| Recip ID | | | Date/Time | Name and Address |
|---|---|---|---|---|
| 14858466 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 21 2025 00:23:12 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14858467 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 21 2025 00:22:32 | The Home Depot, PO Box 70600, Philadelphia, PA 19176-0600 |
| 14876476 | + | Email/Text: bknotification@loandepot.com | May 21 2025 00:14:00 | loanDepot.com, LLC, 5465 Legacy Drive, Suite 400, Plano, TX 75024-3192 |

TOTAL: 38

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14858446 | *P++ | CITIZENS BANK N A, ATTN BANKRUPTCY TEAM, ONE CITIZENS BANK WAY, JCA115, JOHNSTON RI 02919-1922, address filed with court:, Citizens One, Attn: Bankruptcy, One Citizens Plaza, Providence, RI 02903 |
| 14858461 | * | Perigold Mastercard, PO Box 70267, Philadelphia, PA 19176-0267 |
| 14858464 | *+ | Police & Fire FCU, 901 Arch Street, Philadelphia, PA 19107-2495 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 22, 2025    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 20, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANNE M. AARONSON | on behalf of Creditor POLICE AND FIRE FEDERAL CREDIT UNION aaaronson@dilworthlaw.com mdolan@dilworthlaw.com;ctomlin@dilworthlaw.com |
| DAVID M. OFFEN | on behalf of Debtor Regina D. Walker dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor LOANDEPOT.COM LLC bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  )
   Regina D. Walker  )   Case No. 24−10617−pmm
   )
   )
   Debtor(s).  )   Chapter: 13
   )
   )

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

   **AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

   **A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

   **B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

   **C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.


Date: May 20, 2025                                                  For The Court

                                                                                     Patricia M. Mayer
                                                                                     Judge, United States Bankruptcy Court